CITY OF PADUCAH *v.* T. A. & ELIZA DUKE.

[Abstract Kentucky Law Reporter, Vol. 2—229.]

**Mortgage of Wife's Real Estate for Husband's Debts.**

The power to sell the separate estate conferred by the statute upon the wife does not imply the power to mortgage such real estate for the debts of the husband.

APPEAL FROM LIVINGSTON CIRCUIT COURT.

February 15, 1881.

OPINION BY JUDGE HINES:

It is conceded that the property mortgaged in this case, and which was declared by the court below not to be subject to the mortgage, is the separate estate of the wife. We have decided in the case of *Hirschman v. Brashears,* 79 Ky. 258, that the power to sell separate estate, conferred by Gen. Stat. (1879), Ch. 52, Art. 4, § 17, does not imply the power to mortgage for the debt of the husband. That case is conclusive of this, and the judgment is *affirmed.*

*L. D. Husbands, for appellant.*

*J. C. Hodge, for appellees.*